JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| GARY SLIGAR<br><br>    Plaintiff,<br><br>    vs.<br><br>AFC CABLE SYSTEMS, INC., a Delaware corporation; ATKORE INTERNATIONAL, a Delaware corporation; LOU LIBERATO, an individual, and DOES 1 THROUGH 25, Inclusive,<br><br>    Defendants. | Case No.: ED CV 17-1773-DMG (MRWx)<br><br>ORDER RE STIPULATION FOR DISMISSAL [19] |

Good cause appearing therefor, IT IS HEREBY ORDERED that the above-captioned action is dismissed with prejudice as to all parties and as to all causes of action. It is further ordered that the Parties shall bear their own attorney's fees and costs. All scheduled dates and deadlines are VACATED.

IT IS SO ORDERED.

DATED: June 6, 2018 _____  _____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE